

# THE ATTORNEY GENERAL
## OF TEXAS

GROVER SELLERS

AUSTIN 11, TEXAS

~~ATTORNEY GENERAL~~D

ATTORNEY GENERAL

Honorable Tom Seay
County Attorney
Potter County
Amarillo, Texas

Dear Mr. Seay:

Opinion No. O-7386
Re: Authority of a gas company to
construct its lines across a public
road without authority from the com-
missioners' court of the county.

You request an opinion from this department upon the above subject
matter as follows:

"A public utility, a gas company which transports and sells gas,
principally to towns and cities, relying on Article 1436, Vernon's Civil
Statutes, has constructed one or more of its distributing lines upon and
across county first-class public roads at points wholly without any city
or town (roads not designated as State highways), without first obtaining
any character of permission or authorization from the commissioners' court
of the county, or any other source.

"It is the contention of the county that the lines, as constructed
across the public road and through which gas is transported, is a constant
danger to traffic on the roads at the points where it passes over the line.
Also, it is the contention of the county that the lines so constructed with-
out any semblance of authority is a trespass. All of which it has called to
the attention of the gas company repeatedly, to no avail.

"Having been called upon by the court for an opinion as to the
county's rights in the premises, and being in doubt as to the advice that
should be given, we here seek the opinion of your office to the extent
you are in position to advise: (1) Whether or not the gas company was
within its rights under the statute to construct its lines across the
road as aforesaid, and (2) within its rights and yet the construction is
such as to render the highway at such points dangerous, what are the
remedies of the county in its effort to abate this dangerous condition
brought about by the construction of the lines across the highways in
the manner that it has been constructed?"

You are respectfully advised that the authority to construct the gas line of the company across the public road is governed by Article 1436 of the Revised Civil Statutes. The authority emanted from the State and not the county.

We hand you herewith copies of the following opinions, all of which have decided or discussed this very question: O-1805, O-2442, O-2978, O-5726, and 6791-A.

If the gas company has been guilty of any negligence in the manner in which it has laid its pipes across the public road, or has been guilty of negilgence in the manner of maintaining the same, as contradistinguished from the construction of the line, resulting in pecuniary loss fo the county, or any individual, the county or the individual injured, as the case may be, might have a cause of action for damages thus occasioned, but neither would have the right to abate the line.

We trust that what we have said sufficiently answers your inquiries.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By /s/ Ocie Speer

Ocie Speer
Assistant

APPROVED SEP. 11, 1946
/s/ Grover Sellers
ATTORNEY GENERAL OF TEXAS

OS-MR:egw

Enclosures

APPROVED
OPINION COMMITTEE
BY B W B
Chairman